# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America <br> v. <br> JOSEPH MICHAEL MCBEE, <br> FELIX DONDRELL WILSON, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) <br> Case No. <br> 4:24-mj-71557-MAG |

FILED
Oct 28 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 10, 2023** in the county of **Alameda** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2114(a) <br> 18 U.S.C. §§ 2(a) | To assault any person having lawful charge, control, or custody of any mail matter or of any money or other property of the United States, with intent to rob, steal, or purloin such mail matter, money, or other property of the United States. <br> Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal |

This criminal complaint is based on these facts:

See attached Affidavit of U.S. Postal Inspector Sukhdeep Singh

☒ Continued on the attached sheet.

Approved as to form /s/ Ivana Djak
AUSA IVANA DJAK

/s/ Sukhdeep Singh
*Complainant's signature*

Sukhdeep Singh, U.S. Postal Inspector
*Printed name and title*

Sworn to before me by telephone.

Date: 10/25/2024

*Judge's signature*

City and state: Oakland, CA

Hon. Kandis A. Westmore, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Sukhdeep Singh, a United States Postal Inspector employed by the U.S. Postal Inspection Service ("USPIS"), being duly sworn, hereby declare as follows:

### INTRODUCTION

1. I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrants authorizing the arrest of Joseph Michael McBee ("MCBEE") for a robbery of a postal employee in violation of 18 U.S.C. § 2114(a); and of Felix Dondrell Wilson ("WILSON") for aiding and abetting the robbery of a postal letter carrier in violation of 18 U.S.C. §§ 2, 2114(a).

### SOURCES OF INFORMATION

2. This affidavit is submitted for the limited purpose of a securing a criminal complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal law identified above have occurred.

3. I have based my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by other agents and law enforcement officers, information provided by reports prepared by other agents and law enforcement officers, and information provided by records and databases, including regarding MCBEE's and WILSON's criminal histories. Where I refer to conversations and events, I refer to them in substance and in relevant part, rather than in their entirety or verbatim, unless otherwise noted. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.

### AGENT BACKGROUND

4. I am a U.S. Postal Inspector employed by USPIS, the federal law enforcement arm of the United States Postal Service ("USPS"). I have been so employed since April 2016. I

am currently assigned to the San Francisco Division Mail Theft and External Crimes Team, which investigates crimes against the USPS and attacks on and the misuse of the U.S. mail system. Such crimes include theft of mail, access device fraud, identity theft, assaults, robberies, and burglaries.

5.  From October 2021 to October 2023, I was assigned to the San Francisco Division Contraband Interdiction and Investigation Team, based in Richmond, CA, where I conducted and participated in investigations related to narcotics trafficking, money laundering, firearms, and other organized criminal activity. I have interviewed witnesses and cooperating individuals, and worked with veteran postal inspectors, federal criminal investigators, and police detectives on investigations.

6.  As a Postal Inspector I received federal law enforcement training in the areas of narcotics, firearms, child exploitation, mail theft, mail fraud, identity theft and credit card fraud, robbery, burglary, and workplace violence at the Inspection Service Career Development Unit training academy. During my employment with the Inspection Service, I have investigated crimes involving narcotics, burglaries, robberies, the theft of mail, and the related crimes of identity theft and check and credit card fraud. I have interviewed witnesses and cooperating individuals regarding such crimes.

## APPLICABLE STATUTES

7.  Title 18, United States Code, § 2114(a) states in pertinent part that it is unlawful to "assault[] any person having lawful charge, control, or custody of any mail matter or of any money or other property of the United States, with intent to rob, steal, or purloin such mail matter, money, or other property of the United States, or [to] rob[] or attempt[] to rob any such person of mail matter, or of any money, or other property of the United States."

8.  Title 18, United States Code, § 2(a) states in pertinent part that, "[w]hoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal."

**FACTS SUPPORTING PROBABLE CAUSE**

    **A. Overview**

    9.    On October 10, 2023 MCBEE and WILSON robbed a U.S. Letter Carrier (the "Victim") while he was delivering mail. MCBEE, WILSON, and Ebony Reeves[1] approached in a Toyota Camry and MCBEE exited the vehicle, approached the Victim, forcefully took his wallet and several other items, and pushed him to the ground causing minor injuries. While MCBEE stole the Victim's items, WILSON removed mail from the mail truck. Reeves waited in the vehicle in which she, MCBEE, and WILSON had arrived.

    10.    Two hours after the robbery, the Victim's bank notified him that his stolen credit card was used at a Gas & Mart store in Oakland. Video footage from the Gas & Mart shows MCBEE and two other subjects, later identified as WILSON and Reeves, arriving at the Gas & Mart Store and using a credit card to pay for a pack of cigarettes.

    11.    Images from the gas station were shared with Oakland Police Department ("OPD") and San Francisco Police Department ("SFPD") officers. Several officers positively identified MCBEE as the individual depicted in the images. Officers were familiar with MCBEE from prior investigations and his mugshot, and specifically another vehicle theft on the morning of October 10, 2023, specifically a blue 2015 Kia Soul. Images of MCBEE standing next to the blue Kia Soul show MCBEE wearing the same clothing as the subject involved in the robbery of the Victim, specifically, a white cloth mask around his neck, black sweatshirt with yellow writing, black pants, black shoes with white sole, and had similar brown or reddish hair. The Victim was shown a picture of MCBEE and identified him as the man who robbed him.

    12.    The Toyota Camry used in the mail robbery was stolen from the Daly City Toyota Dealership in Daly City, California on October 10, 2023, an hour before the mail robbery. Surveillance footage shows that at about 9:17AM, that same Kia Soul MCBEE was picture with

---

[1] Reeves has separately been charged by Information with Receipt of Stolen Mail for her October 10, 2023 conduct.

at about 6:30AM, arrived at the Toyota Dealership. WILSON and Reeves were pictured exiting the Kia Soul. Reeves was recorded breaking into and driving away with a silver Toyota Camry.

13. WILSON and Reeves were apprehended the next day, on October 11, 2023 at a gas station near in Oakland, with the stolen Toyota Camry used in the mail robbery. They were found in possession of the stolen mail, the Victim's wallet, and the clothes they were seen wearing in the Dealership and Gas & Mart videos.

14. Based on surveillance footage, eyewitness accounts, credit card transaction records, among other evidence, the timeline of MCBEE, WILSON, and Reeves's movements on October 10, 2023 was as follows (see map of locations below):

- Location 1 – October 10, 2023, 06:30AM – MCBEE pictured with stolen blue Kia Soul near E-15th & 17th Ave in Oakland, CA

- Location 2 – October 10, 2023, 9:17AM –WILSON and Reeves pictured with same Kia at Daly City Toyota Dealership at 255 San Pedro Rd. Daly City, CA.

- Location 3 – October 10, 2023, 10:25AM – MCBEE, WILSON, and Reeves at Postal Robbery on the 100 block of Eastwood Dr., San Francisco, CA.

- Location 4 – October 10, 2023, 11:46 AM – MCBEE, WILSON, and Reeves in a silver Toyota Camry used victim's credit card at the Gas & Mart Store at 2740 98th Ave, Oakland, CA.

- Location 5 – October 11, 2023, 4:10PM – WILSON and Reeves arrested with the stolen Toyota Camry at a gas station near 4280 Foothill Blvd, Oakland, CA.



15. MCBEE was finally apprehended on October 31, 2023, after engaging law enforcement in a high-speed car chase. He was found under the porch of a residential home near a 9mm Glock-style ghost gun and a black Glock magazine which was loaded with eight rounds of CBC 9mm Luger ammunition.

### B. October 10, 2023 – 6:30AM MCBEE Pictured with Stolen Kia

16. On the morning of October 10, 2023, a blue 2015 Kia Soul with CA license plate ####412 was reported stolen from the 600 block of Williams St. in Oakland. Surveillance footage from the area, revealed an image of MCBEE at about 6:30AM standing next to the stolen Kia near E-15th & 17th Ave in Oakland. He was wearing a white cloth mask around his neck, black sweatshirt with yellow writing, black pants, black shoes with white sole, and had brown or reddish hair. Please reference the above surveillance image of MCBEE standing next to the stolen Kia soul



### C. October 10, 2023 – 9:19AM MCBEE, WILSON, and Reeves at Daly City Toyota Dealership

17. On October 10, 2023, at approximately 09:19AM, the Daly City Toyota Dealership at 255 San Pedro Rd. in Daly City, was the victim of a vehicle theft. A silver 2023 Toyota Camry 4 door with green front and back dealership plates with no license plate numbers

(but associated with a previous license plate number of ####518) was stolen by suspects later identified as Reeves and WILSON.  At approximately 9:17AM, the stolen Kia that MCBEE was pictured with earlier, was recorded arriving at the scene of the Toyota dealership.  A black man in light blue / gray jeans and a black hoodie with a red Nike logo, wearing a white facemask, is pictured exiting the KIA at 9:17AM.  Next, a black woman in black pants, and a black shirt is seen exiting the vehicle.  The woman's distinctive blond hair was seen protruding under her hoodie.  These individuals were later identified as Reeves and WILSON.  At 9:19AM, the woman is pictured getting into the silver 2023 Toyota Camry and driving it away.  The Kia and the Toyota are pictured driving away from the Toyota dealership.  Notably, individuals with the same outfits were later pictured at the Gas & Mart where the robbery suspects were recorded using the Victim's credit card.  The man pictured below has a distinct limp, like a limp WILSON is known to have.

18.     WILSON and Reeves were arrested with the stolen silver Toyota Camry the next day, October 11, 2023, also in possession of the stolen mail at issue in this case, as detailed below.  The clothes they are pictured wearing in the video at the dealership were also found in the car.

 

 

### D. October 10, 2023 – 10:23AM Robbery of Postal Letter Carrier Victim

19. On October 10, 2023, On October 10, 2023, at approximately 10:25AM, on the 100 block of Eastwood Dr., the Victim was robbed. Postal Inspectors and SFPD officers responded to the scene of the incident, took a report, and canvassed the neighborhood for witnesses and video surveillance footage.

20. The Victim informed Postal Inspectors that he had just dropped off a package on the 100 block of Eastwood Dr. when a silver Toyota Camry drove past his mail truck and then reverse stopped behind the truck. The front passenger, later identified as MCBEE, walked up to the Victim and told him to give him the Postal keys. The Victim described the suspect as "a white male adult wearing a white mask, black jacket with orange lettering, approx. 6'2 tall" maybe 170lbs heavy. The Victim told MCBEE that he did not have keys. MCBEE then pushed the Victim down to the ground and stole his wallet which contained U.S. Currency, Credit Cards, and a Driver License. The Victim and MCBEE struggled over the Victim's wallet. During the struggle for the Victim's wallet his pants were torn, and he suffered bruises to both arms. The Victim told Postal Inspectors that he believed two suspects were involved—the individual who pushed him, and another male suspect who stole mail from the back of the truck.

21. The robbery incident was recorded on a door camera located on the 100 block of Eastwood Drive. A review of the video shows the following: the Victim delivered mail to the 100 block on Eastwood drive and walked to the back of his postal truck. A silver Toyota Camry

drove past the Postal truck and then reversed back stopping out of view of the camera. An unknown subject, later identified as MCBEE, approached the Victim on foot, and physically pushed the Victim towards the front of the Postal vehicle. The back license plate on the Toyota Camry was not visible in the video footage, and front of the car had what appears to be a green dealer plate with not clearly visible lettering. The video ended at that time due preset motion deactivation time limit.

22. The Victim also reported to Postal Inspectors and SFPD officers that a tray containing approximately 500 pieces of letter mail was missing from the back of his postal truck. The Victim said he was missing mail for the 100 block of Eastwood and Southwood drive, and 300 block of Miramar and Southwood Drive in San Francisco, CA. The Victim also told a Postal Inspector that he believed two suspects robbed him—one white male who physically assaulted him, and a black male who grabbed the mail tray. Notably, MCBEE was pictured wearing the same white headscarf, black sweatshirt with yellow letter, and black shoes with white soles in the robbery video as he was wearing next to the stolen Kia he was seen in around 6:30AM that same morning. Please see below an image of MCBEE robbing the Victim.

 

### E. October 10, 2023 – 11:46AM MCBEE, WILSON and Reeves Use Victim Credit Card at Gas & Mart

23.     That same day, the Victim received a notification from his bank that his credit card was fraudulently used at a Gas & Mart store at 2740 98th Ave, Oakland, CA, for the amounts of $59.92 and $64.18, respectively. A Postal Inspector responded to the Gas & Mart store in Oakland to retrieve photograph and video evidence of the vehicle and suspects involved.

24.     The video footage shows MCBEE and two other subjects, later identified as WILSON and Reeves, arrive at the Gas & Mart Store in a silver Toyota Camry on October 10, 2023, at about 11:46 AM, or a little more than an hour after the Victim was robbed. MCBEE and Reeves were observed using a credit card to pay for gas outside at a gas pump. WILSON was observed sitting in the driver's seat.

25.     Minutes later, MCBEE was observed walking into the Gas & Mart alone and using a credit card to pay for a pack of cigarettes inside the store. The screenshots taken from video footage at the gas station were shared with law enforcement officers with OPD and SFPD. From the surveillance images provided to officers, several officers positively identified MCBEE as the individual depicted in the surveillance images making the transaction inside the Gas & Mart store in Oakland. Officers from SFPD and OPD stated they were familiar with MCBEE from prior investigations involving MCBEE and his mugshots. WILSON and Reeves were identified subsequently when they were arrested in the Toyota Camry, as described below.

26.     Postal Inspectors shared the photographs taken from the Gas & Mart store in Oakland with the Victim. After reviewing the photographs, the Victim said the vehicle in the photographs appears to be the same involved in the robbery incident based on the color, make, model, and same alloy wheels. The Victim said the subject in the photographs (MCBEE) appears to be same who robbed him, except MCBEE was wearing a full sleeve black sweatshirt with yellow writing and a different white cloth mask at the time of the robbery. The Victim said he was able to identify MCBEE as the same subject who robbed him based on same height, black

pants, black/ white shoes, unique hair color, and his eyes. The Victim said he remembered MCBEE's eyes and felt like "he met him before."

27. Please also reference the below photographs of MCBEE at Gas & Mart after the robbery, and the photographs of MCBEE, WILSON, and Reeves arriving at the Gas & Mart store in the Silver Toyota Camry, and Reeves assisting MCBEE at the pump. WILSON is in the driver seat with the door open—his black sweatshirt with red writing is visible. Reeves is outside the vehicle wearing a black hoodie, face mask, and blonde hair protruding.







### F. October 11, 2023 -- Arrest of WILSON and Reeves

28. On October 11, 2023, as part of their investigation into the theft of a silver four-door Toyota Camry from the Daly City Toyota Dealership, Daly City Police Department

("DCPD"), with the assistance of OPD, arrested WILSON and Reeves in possession of a stolen silver Toyota Camry at a gas station near 4265 Foothill Blvd., Oakland, CA 94601. The vehicle was equipped with a GPS tracking system. Reeves was the driver and WILSON was the front passenger at the time of the arrest. During the search of the vehicle, DCPD recovered various access cards, checks, stolen US Mail, and the Victim's wallet in both the vehicle and on WILSON's person. Reeves and WILSON matched the individuals seen in the Toyota dealership's video footage of the vehicle thieves. Officers also recovered clothing from the vehicle that matched the clothing worn by the individuals in the videos.

### G. MCBEE's Arrest and Possession of a Firearm on October 31, 2023

29.     On October 31, 2023, at about 10:00AM, SFPD Fugitive Recovery Team and Alameda Police Department officers attempted to contact and arrest MCBEE because he had four outstanding arrest warrants—he was wanted for murder and the robbery at issue in this case. MCBEE was seen on foot at the intersection of Central Ave. and Ballena Blvd in Alameda, California. Officers attempted to approach MCBEE and demanded he stop. MCBEE failed to comply, fled on foot, and during the foot pursuit, a Jeep Renegade drove westbound on Central Ave. at a high rate of speed and honking the vehicle's horn, picked up MCBEE, and fled the scene.

30.     After the Jeep and MCBEE evaded SFPD in Alameda, SFPD were alerted by Alameda County Sheriff's Office ("ACSO") that several other East Bay police agencies were now pursuing MCBEE. Those agencies advised that MCBEE was now in possession of a white 2004 Chevy Silverado. MCBEE evaded law enforcement for over half an hour by driving erratically and dangerously, often in the opposite direction of traffic on the freeway, by making numerous U-turns, and by running red lights and stop signs.

31.     An Alameda County fixed wing airplane (ALCO 3) was overhead and trailing the vehicle. ALCO 3 relayed that the vehicle got onto northbound 680 from westbound Stoneridge Drive in Pleasanton and was traveling towards the city of San Ramon. SFPD was then notified at about 11:48AM that MCBEE had abandoned the Silverado in Pleasanton on 580-E (after again

driving the wrong way) and ran on foot to a residential neighborhood adjacent to the freeway. Officers continuously had MCBEE in sight either through the vehicles engaged in the chase or through the ALCO 3 plane overhead. There is ALCO 3 aerial video of the pursuit. The video confirms that MCBEE was not alone in the vehicle or driving the vehicle for the entirety of the pursuit.

32. The San Ramon Police Department, with the assistance of SFPD, the Alameda County Sheriff's Office, the Dublin Police Department, and OPD, established a perimeter and a systematic search was initiated. Officers located and arrested MCBEE at about 12:08PM under the back deck of an apartment in an apartment building located at on Mountain View Dr., Pleasanton, CA.

33. As Officers arrested MCBEE, he informed an officer with the San Ramon Police Department that he left a firearm under the deck where he was hiding. Officers searched the area where MCBEE was hiding and found a semi-automatic pistol on the left of the outer support beam of the deck. The firearm was a 9mm Glock-style "Ghost gun" (Glock 26 upper affixed to a polymer 80 lower) with a black slide and a green polymer lower. There was no round in the chamber. The black Glock magazine was loaded with eight rounds of CBC 9mm Lugar ammunition. There were no serial numbers or other markings on the slide or frame.

34. The firearm was turned over to SFPD for further investigation and the firearm and ammunition were sent for fingerprinting and DNA analysis. The DNA reports showed "moderate support" for MCBEE's DNA on the grip and trigger, and "limited support" that




MCBEE's DNA was on the unfired cartridge. An ATF expert has offered an assessment that parts of the firearm, and the ammunition, have traveled in interstate commerce.

## CONCLUSION

35. Based upon the above facts, as well as my training and experience, there is probable cause to believe that on October 10, 2023, Joseph Michael MCBEE committed a violation of Title 18, United States Code, Section 2114(a).

36. Based upon the above facts, as well as my training and experience, there is also probable cause to believe that on October 10, 2023, WILSON aided and abetted the robbery of a postal mail carrier in violation of 18 U.S.C. §§ 2, 2114(a).

/s/ Sukhdeep Singh
Sukhdeep Singh, U.S. Postal Inspector
United States Postal Inspection Service

*Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this* 25th *day of October, 2024.*

HON. KANDIS A. WESTMORE
United States Magistrate Judge